UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBISEL AGUILAR-PEREZ,<br><br>                         Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, et al.;<br><br>                       Respondents. | Case No.: 26-cv-1006-BJC-VET<br><br>**ORDER SETTING BRIEFING SCHEDULE ON THE WRIT AND PROHIBITING TRANSFER OF PETITIONER**<br><br>**[ECF No. 1,2]** |

On February 17, 2026, Rubisel Aguilar-Perez ("Petitioner") filed a petition for a writ of habeas corpus, ECF No. 1, along with a motion for a temporary restraining order. ECF No. 2. Petitioner entered the United States in 2021. ECF No. 1 at 4. On May 10, 2022, an immigration judge ordered him removed to Cuba. *Id*. Immigrations Customs and Enforcement ("ICE") was unable to execute Petitioner's removal to Cuba. *Id*. Consequently, Petitioner was released under an order of supervision. *Id*. On October 3, 2025, Petitioner attended his check-in appointment with ICE and was subsequently arrested and detained. *Id*. He has remained in detention since that date. *Id*.

The Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to hold the hearing and provide a reasoned decision on the pending motion. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's

motion for injunctive relief); *A.M. v. Larose et al*, No. 3:25-CV-1412, ECF No. 2 (S.D. Cal. June 4, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the Southern District of California to preserve the court's jurisdiction).

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. Respondents shall file a response to the writ of habeas corpus no later than close of business on **March 2, 2026**.

2. Petitioner may file a reply no later than close of business on **March 9, 2026**.

3. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to hold a hearing and provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge