UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RUBISEL AGUILAR-PEREZ,

Petitioner,

v.

KRISTI NOEM, Secretary of the
Department of Homeland Security, et al.;

Respondents.

Case No.:  26-cv-1006-BJC-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1, 2]**

On February 17, 2026, Rubisel Aguilar-Perez ("Petitioner") filed a petition for a writ of habeas corpus, ECF No. 1, along with a motion for a temporary restraining order.  ECF No. 2.  On March 2, 2026, Respondent filed a return, ECF No. 5, and Petitioner filed a traverse.  ECF No. 6.  On Aprill 6, 2026, Respondent filed another return stating that "Respondents . . . acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision."  ECF No. 7 at 1.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner under the previous set conditions when he was released under his own recognizance on July 22, 2021.  ECF No. 5-1 at 2.  Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal. Respondents are **ENJOINED** from re-detaining Petitioner without first following the procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory

1

26-cv-1006-BJC-VET

and regulatory procedures.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 6, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1006-BJC-VET